KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 301
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for THERESA L. CONSTANCIO


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 2:10-CR-00141 |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO CONTINUE STATUS |
| | ) | CONFERENCE |
| JENNIFER LYNN JESS, | ) | |
| THERESA L. CONSTANCIO | ) | |
| | ) | Date: 8-5-10 |
| Defendants. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England |

        It is hereby stipulated between the parties, Samantha Spangler, Assistant United

States Attorney, Kelly Babineau, attorney for defendant Theresa Constancio, and Preeti

Bajwa, attorney for defendant Jennifer Jess, that the status conference date of June 24, 2010,

should be continued until August 5, 2010.  The continuance is necessary to complete the

review of discovery, and defense investigation.  All counsel are continuing to engage in

negotiations with the government.

///

///

///

–1–

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of August 5, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  June 21, 2010                              Respectfully submitted,

                                                   /s/ Kelly Babineau_____
                                                   KELLY BABINEAU
                                                   Attorney for Theresea Constancio

Dated: June 21, 2010                               /s/ Preeti Bajwa _____ .
                                                   PREETI BAJWA
                                                   Attorney for Jennifer Jess

Dated: June 21, 2010                               /s/ Samantha Spangler____
                                                   Kelly Babineau for:
                                                   SAMANTHA SPANGLER
                                                   Assistant U.S. Attorney

KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 442-4948
kbabineau@klblawoffice.net

Attorney for THERESA L. CONSTANCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:10-CR-00141 |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| JENNIFER LYNN JESS, | ) |
| THERESA L. CONSTANCIO | ) |
| | ) Date: 8-5-10 |
| Defendants. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England, Jr. |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 24, 2010, at 9:00 a.m. be continued to August 5, 2010, at 9:00 a.m.   Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to August 5, 2010, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

DATED: June 23, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE