Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
JENNIFER JESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-00141 |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: August 5, 2010<br>TIME: 9:00 a.m. |
| JENNIFER JESS<br>THERESA CONSTANCIO | JUDGE: Hon. Morrison England |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through Samantha Spangler, Assistant U.S. Attorney, and the defendants, JENNIFER JESS and THERESA CONSTANCIO by and through their counsel, PREETI K. BAJWA, Attorney at Law, and KELLY BABINEAU, Attorney at Law, respectively that the status conference set for Thursday August 5, 2010 be continued to Thursday September 2, 2010 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

10cr00141.so.0803.doc
08/03/10

- 1 -

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATED:  August 2, 2010

        Respectfully submitted,

         /s/ Preeti Bajwa_____
        PREETI K. BAJWA
        Attorney for Defendant
        JENNIFER JESS

DATED:  August 2, 2010

        Respectfully submitted,

         /s/ Kelly Babineau
        KELLY BABINEAU
        Attorney for Defendant
        THERESA CONSTANCIO

DATED: August 2, 2010        BENJAMIN WAGNER
        United States Attorney

         /s/ Samantha Spangler_____
        SAMANTHA SPANGLER
        Assistant U.S. Attorney
        Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. Time is excluded from today's date through and including September 2, 2010 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: August 3, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE