BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:10-cr-141 MCE |
| Plaintiff, | ORDER FOR RELEASE OF THE |
| | DEFENDANT FROM FEDERAL CUSTODY |
| v. | |
| THERESA L CONSTANCIO-GALLINDO, | |
| Defendant. | |

This matter was before the Court on September 23, 2010, for entry of guilty plea by defendant Theresa Constancio-Gallindo.  The government was represented by Assistant U.S. Attorney Samantha S. Spangler.  The defendant was present in custody and represented by Kelly Babineau.  After the defendant entered her guilty plea, the prosecutor moved for her release from federal custody so that she could begin serving her San Joaquin County sentence of 10 months.

According to both counsel, San Joaquin County has a hold upon the defendant, who has been in federal custody since April 21, 2010; she will not, in fact, be released from custody, but her custody will simply be transferred from the United States Marshal to the San Joaquin County Sheriff.

1

The prosecutor said that she would arrange for the defendant to be brought back to federal court for sentencing  by way of a writ of habeas corpus ad prosequendum, and defense counsel agreed she would help the prosecutor remember to process the paperwork in a timely manner.  Under the terms of the plea agreement, the defendant may (or may not) be near the completion of her potential federal sentence.

Good cause appearing, the Court now enters the following orders:

1.  Defendant Theresa L. Constancio-Gallindo shall be released from federal custody.

2.  The defendant's custody shall be transferred to the San Joaquin County Sheriff, to begin serving her pending County sentence.

3.  The prosecutor shall process in a timely manner a writ of habeas corpus ad prosequendum to bring the defendant back to federal court for sentencing on December 9, 2010, or any other date to which sentencing has been rescheduled.  Defense counsel shall assist the prosecutor to remember to process that paperwork in a timely manner.

///
///
///
///
///
///
///
///
///

1    4.  If the defendant is released from all custodial confinement

2 before she is sentenced on the federal charge to which she has pled

3 guilty, she shall forthwith contact her attorney, who will bring the

4 matter to the attention of the prosecutor and the Court without

5 delay.

6    IT IS SO ORDERED.

7 Dated: September 30, 2010

8

9    _____

10   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28